# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

PANAGIOTIS THEODOROU, :

    Petitioner, :

vs. : CA 07-0134-WS-C

ALBERTO GONZALES, etc., :
et al.,

     :

    Respondents.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 22, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 18th day of September, 2007.

                                          s/WILLIAM H. STEELE
                                          UNITED STATES DISTRICT JUDGE