IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

PANAGIOTIS THEODOROU,          :

    Petitioner,                :

vs.                            :      CA 07-0134-WS-C

ALBERTO GONZALES, etc.,        :
et al.,
                               :
    Respondents.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, be **DISMISSED**, without prejudice, as prematurely filed.

**DONE** and **ORDERED** this 18th day of September, 2007.

    s/WILLIAM H. STEELE
    UNITED STATES DISTRICT JUDGE